UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES S. SCHUYLER,

       Plaintiff,                             Case No. 1:05-cv-503

v                                          Hon. Wendell A. Miles

UNITED AIRLINES CORPORATION,

       Defendant.
_____/

## **ORDER**

This matter being brought before the Court pursuant to Stipulation of the parties (Docket No. 10) and the Court being fully advised in its premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to all parties.

This resolves all issues pending in this matter and the matter shall be dismissed.


Dated: February 9, 2006                        /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                      Senior U.S. District Judge